```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DENNIS BENNETT,                 )
                                ) Civil Action
                                ) No. 09-cv-01663
           Petitioner           )
                                )
      vs.                       )
                                )
EDWARD F. REILLY, JR.           )
CRANSTON J. MITCHELL,           )
PATRICIA K. CUSHWA and          )
ISAAC FULWOOD, JR.,             )
  In Their Official             )
  capacities as Commissioners   )
  of the United States Parole   )
  Commission                    )
                                )
           Respondents          )

O R D E R

NOW, this 21st day of December, 2011, upon consideration of the following documents:

> (1) Petition for Writ of Habeas Corpus[,] 28 U.S.C. § 2241, filed by petitioner on April 17, 2009; and
>
> (2) Respondents' Response to Petition for Writ of Habeas Corpus, which response was filed on July 30, 2009;

upon consideration of the pleadings, exhibits, and record papers; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that the petition for writ of habeas corpus is transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1631.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter closed for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge